# United States Court of Appeals
## For the First Circuit

---

Nos. 25-1340, 25-1544

WALTER WAMBUGU MUCHIRI,

Petitioner,

v.

TODD BLANCHE, Acting United States Attorney General,

Respondent.

---

**ERRATA SHEET**

The opinion of this Court, issued on June 3, 2026, is amended as follows:

On page 6, line 6, replace "it" with "The IJ".